UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ASHLEE MARIE TUCKER,
    Plaintiff,

vs.                                                     Case No.: 1:24cv00009/AW/ZCB

JANET LOUISE YELLEN,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff commenced this action on January 19, 2024, but she did not pay the $405.00 filing fee or submit a motion to proceed *in forma pauperis*. (Doc. 1). On January 23, 2024, the Court ordered Plaintiff to either pay the filing fee or file a motion to proceed *in forma pauperis* within twenty-one days. (Doc. 4). The Court directed the Clerk of Court to send Plaintiff the *in forma pauperis* form and notified Plaintiff that her failure to comply with the Court's order would result in a recommendation of dismissal. (*Id.*).

Plaintiff did not file an *in forma pauperis* motion or pay the filing fee by the deadline. Therefore, on February 15, 2024, the Court ordered Plaintiff to show cause, within fourteen days, why the case should not be

1

dismissed for failure to comply with a court order. (Doc. 6). The Court again notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded. Nor has she paid the filing fee or filed an *in forma pauperis* motion. Dismissal is, therefore, warranted. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

2. The Clerk of Court be directed to close this case.

At Pensacola, Florida, this 7th day of March 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## **Notice to the Parties**

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.